## JOHNSON v. NOBLES.

### No. 5686.

Court of Appeal of Louisiana.   Second
Circuit.

Jan. 28, 1938.

D. W. Gibson, of Harrisonburg, for petitioner.

John E. Johnson and H. Arthur Taliaferro, both of Harrisonburg, for respondents.

DREW, Judge.

Writ refused for the reason that this court has no supervisory jurisdiction over the district courts, other than in aid of our appellate jurisdiction.   State ex rel. Griffin v. Morgan, 19 La.App. 709, 130 So. 868; Putnam & Norman v. Levee, 179 La. 180, 153 So. 685; Constitution of 1921, art. 7, §§ 2–29.

TALIAFERRO, J., takes no part.